# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

PATRICK B. JOHNSON,

    Plaintiff,

v.

RANDY STAMMAN, Sauk Co. Jail Sheriff
and WISCONSIN DEPARTMENT
OF CORRECTIONS ADMINISTRATION,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.: 09-cv-178-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants.

PETER OPPENEER
_____
**Peter Oppeneer, Clerk**

/s/ M. Hardin

**by Deputy Clerk**

_____6/10/09_____
Date